IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:26-cv-834 (RDA/IDD) |
| CAVINDER MECHANICAL, INC., | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on U.S. Magistrate Judge Ivan D. Davis's Report and Recommendation ("Report") (Dkt. 16) as well as Plaintiffs' Motion for Default Judgment (Dkt. 10). Judge Davis recommends that the Court grant Plaintiff's Motion and enter default on Counts I and II of the Complaint. Dkt. 16. The deadline for submitting objections to the Report was September 18, 2026. To date, no objections have been filed.

After reviewing the record and Judge Davis's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 16).

Accordingly, it is hereby ORDERED that Plaintiffs' Motion (Dkt. 10) is GRANTED with respect to Counts I and II; and it is

FURTHER ORDERED that default judgment is ENTERED in favor of Plaintiffs and against Defendant Cavinder Mechanical Inc. on Counts I and II of the Complaint; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiffs and against Defendant Cavinder Mechanical, Inc. for damages in the amounts of $64,431.74 plus post-judgment interest accruing from the date of judgment until the date of payment. This amount consists of: (i) damages of $58,257.24; and (ii) $6,174.50 in attorneys' fees and costs; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
September 29, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge